No. 71–36.   CALIFORNIA ET AL. *v.* LARUE ET AL., 409 U. S. 109;

No. 71–6449.   ELLINGBURG *v.* GOODSON, JUDGE, ET AL., 409 U. S. 1106;

No. 72–388.   GERACE ET VIR *v.* COUNTY OF LOS ANGELES ET AL., 409 U. S. 1012;

No. 72–602.   HARSH BUILDING CO. ET AL. *v.* BIALAC ET AL., 409 U. S. 1060;

No. 72–5170.   SAYLES *v.* NUNZIO ET AL., JUDGES, 409 U. S. 1071;

No. 72–5244.   RIGDON *v.* UNITED STATES, 409 U. S. 1116;

No. 72–5468.   CARR *v.* TEXAS, 409 U. S. 1099;

No. 72–5497.   CLIZER *v.* UNITED STATES, 409 U. S. 1086;

No. 72–5527.   SZIJARTO *v.* NELSON, WARDEN, 409 U. S. 1073;

No. 72–5530.   ARNOLD *v.* OLIVER, JUDGE, 409 U. S. 1071;

No. 72–5583.   ESCOFIL *v.* COMMISSIONER OF INTERNAL REVENUE, 409 U. S. 1112;

No. 72–5587.   RITCH ET AL. *v.* TARRANT COUNTY HOSPITAL DISTRICT, 409 U. S. 1079;

No. 72–5614.   CHAMPAGNE ET AL. *v.* PENROD DRILLING CO., 409 U. S. 1113; and

No. 72–5666.   OTTOMANO *v.* UNITED STATES, 409 U. S. 1128.   Petitions for rehearing denied.

FEBRUARY 26, 1973

No. 71–439.   BARLOW, DISTRICT ATTORNEY OF BEXAR COUNTY, ET AL. *v.* GALLANT ET AL.   Affirmed on appeal from D. C. W. D. Tex.